UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**NATHANIEL J. RICHMOND, JR.,**

    Plaintiff,

v.                                                    **No. 4:26-cv-00056-P**

**ADL AUTO SALES LLC,**

    Defendant.

## ORDER

On April 20, 2026, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation ("FCR") in the above-captioned case. ECF No. 53. The FCR recommends that Defendant's Motion to Dismiss (ECF No. 39) be partially granted and that Plaintiff's Motion for Preliminary Injunction (ECF No. 13) be denied. ECF No. 53 at 15. Plaintiff filed an Objection to the FCR on May 4, 2026. ECF No. 54. Defendant responded to Plaintiff's Objection on May 6, 2026.

The Court has conducted a *de novo* review of the following:

1. The pleadings and record;

2. The FCR of the United States Magistrate Judge (ECF No. 53);

3. The Plaintiff's written objections to the FCR (ECF No. 54);

4. The Defendant's written response to Plaintiff's objections (ECF No. 56); and

5. The applicable law.

The Court, having conducted a *de novo* of the FCR in accordance with 28 U.S.C. § 636(b)(1), concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts them as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's objection is **OVERRULED**, and the findings, conclusions, and recommendation of

the Magistrate Judge are **ADOPTED**. Therefore, Plaintiff's Motion for a Preliminary Injunction (ECF No. 13) is hereby **DENIED**, and Defendant's Motion to Dismiss (ECF No. 39) is **GRANTED in part and DENIED in part.**

Plaintiff's claims under the Truth and Lending Act (TILA) and Fair Debt Collection Practices Act (FDCPA) are hereby **DISMISSED with prejudice.**

Plaintiff's remaining claims are composed entirely of state law claims. The Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining state-law claims against Defendant and Defendant's counterclaim for breach of contract against Plaintiff. *See Richards v. City of Weatherford*, 145 F. Supp. 2d 786, 793 (N.D. Tex. 2001), *aff'd*, 275 F.3d 46 (5th Cir. 2001) (holding it inappropriate to retain jurisdiction over state law claims after dismissing federal law claims); *United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 726 (1966) ("Needless decisions of state law should be avoided both as a matter of comity and to promote justice between the parties, by procuring for them a surer-footed reading of applicable law."). Thus, Plaintiff's remaining claims are hereby **DISMISSED without prejudice** so that they can be reasserted in state court.

**SO ORDERED** on this **7th day of May 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE